IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DANA J. MILLER,

    Plaintiff,

v.

COUNTRYWIDE HOME
LOANS, et al.,

    Defendants.

Case No. 2:09-cv-674
Judge Sargus
Magistrate Judge Kemp

## ORDER

Presently before the Court is Plaintiff's Motion for Emergency Injunction and Restraining Order for Stay of Judicial Foreclosure Sale. (Doc. 45.) The motion is **DENIED**. Plaintiff has failed to establish imminent or irreparable harm in that he has (1) not demonstrated the date or method of sale, or (2) indicated what procedure, if any, he has sought in state court regarding the sale.

**IT IS SO ORDERED.**

7-19-2010
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE