UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DANA J. MILLER,

Plaintiff,

Case No. 2:09-CV- 674
vs.                                        District Judge Sargus
Magistrate Judge Kemp

COUNTRYWIDE HOME LOANS,
ET AL.,

Defendants

ORDER

The motion of Defendant Quantum Appraisal Company, Inc. to be dismissed

(Doc. 9) having previously been declared moot by order of the Magistrate Judge

(Doc. 20), it is further ORDERED that the subsequent motion of Plaintiff Dana J.

Miller that said Defendant be dismissed as a party defendant herein (Doc. 26) is

GRANTED.

7- 30. 2016
Dated

Edmund A. Sargus, Jr.
United States District Judge