IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DANA J. MILLER,

    Plaintiff,

v.

COUNTRYWIDE HOME
LOANS, et al.,

    Defendants.

Case No. 2:09-cv-674
Judge Sargus
Magistrate Judge Kemp

## ORDER

Plaintiff's Motion to Amend and Reconsider Emergency and Permanent Injunction, Restraining Order and Stay (Doc. 48) is **DENIED**. Plaintiff has failed to identify a jurisdictional basis that would allow this Court to enjoin the ongoing action of a state court. Further, as the sale is being conducted by the Sheriff of Delaware County, Plaintiff has not demonstrated that the proper parties are presently before the Court.

**IT IS SO ORDERED.**

8-24-2010
**DATED**

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE