AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**DANA J. MILLER,**

       **Plaintiff,**

                                **JUDGMENT IN A CIVIL CASE**

**vs.**

                                **CASE NO. C2-09-674**

**COUNTRYWIDE HOME LOANS, et al.,**    **JUDGE EDMUND A. SARGUS, JR.**
                                          **MAGISTRATE JUDGE TERENCE P. KEMP**

       **Defendants.**

___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the Opinion and Order filed September 30, 2010, JUDGMENT is hereby entered DISMISSING this case.**

Date: September 30, 2010                             JAMES BONINI, CLERK

                                                  */S/ Andy F. Quisumbing*
                                                  (By) Andy F. Quisumbing
                                                  Courtroom Deputy Clerk